E. L. LESLEY, JENNIE K. LESLEY, HIS WIFE, W. C. BASS, ARAMINTA E. BASS, HIS WIFE, AND KISSIMMEE CATTLE COMPANY, A CORPORATION, *Appellants, v.* M. P. GRISWOLD, *Appellee.*

Opinion filed February 21, 1919.

Appeal from the Circuit Court for Osceola County, J. W. Perkins, Judge.

*Johnston & Garrett,* for Appellants.

*Wilson & Swearingen,* for Appellees.

PER CURIAM—It is ordered that the order appealed from in this case be affirmed upon authority of the case of Lesley et al. v. Parker this day decided.

All concur.